**Order entered July 16, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00555-CV

### IN THE INTEREST OF J.S., CHILDREN

**On Appeal from the County Court at Law**
**Kaufman County, Texas**
**Trial Court Cause No. 104418-CC**

### ORDER

Before the Court is court reporter Shelly L. Crossland's July 12, 2021 request for a thirty-day extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the record be filed no later than August 18, 2021. Because this is an accelerated appeal in a parental termination case, further extensions will not be granted absent extraordinary circumstances and the trial court must arrange for a substitute reporter, if necessary, to ensure the timely filing of the record. *See* Tex. R. App. P. 28.4(b)(1),(2).

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Tracy Gray, Presiding Judge of Kaufman County Court at Law, Ms. Crossland, and the parties.

/s/    LESLIE OSBORNE
       JUSTICE